UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **CINEUS KELLY,** | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Civil Action No. 08-606 (RMC) |
| **HARLEY LAPPIN,** *et al.*, | ) ) ) | |
| Respondents. | ) ) | |

## ORDER TRANSFERRING CASE

Petitioner Cineus Kelly pleaded guilty in the United States District Court for the Southern District of Florida to importation of a controlled substance, 21 U.S.C. § 952(a), and was sentenced to 108 months' incarceration. Judgment was entered on September 26, 2005. Mr. Kelly is currently serving his sentence in the Eden Detention Center in Eden, Texas.

Mr. Kelly, proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. §§ 2241, 2243 in this Court on February 11, 2008. This Court lacks jurisdiction over his habeas petition. Mr. Kelly must seek relief in the judicial district in which he is incarcerated. *Stokes v. U.S. Parole Comm'n*, 374 F.3d 1235, 1239 (D.C. Cir. 2004). Accordingly, it is hereby

**ORDERED** that this case shall be **TRANSFERRED** to the United States District Court for the Northern District of Texas; and it is

**FURTHER ORDERED** that the Clerk shall serve a copy of the petition and this Order on the Attorney General and the U.S. Attorney for the District of Columbia; and it is

**FURTHER ORDERED** that the Clerk shall serve a copy of this Order on Mr. Kelly, at the address listed below; and it is

**FURTHER ORDERED** that this case shall be closed and removed from the docket of this Court.

**SO ORDERED**.

Date: April 11, 2008

                                                   /s/
ROSEMARY M. COLLYER
United States District Judge

cc:
Cineus Kelly
R65911-004
Eden Detention Center
P.O. Box 605
Eden, Texas 76837