April 22, 2008

CLERK OF THE DISTRICT COURT
DISTRICT OF COLUMBIA COURT
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, NW
WASHINGTON, D.C.     20001

re: Correction of the record
    Case No. 1:08-CV-606 RMC
    KELLY vs. LAPPIN

Dear Clerk of the Court;

I am in receipt of a leeter from your office, together with an Order Transferring Case. Said Order was received by me on April 21, 2008 and its date of issue is April 11, 2008.

There is a reference in the Order to a guilty plea in a criminal case. That is incorrect and does not apply to me.

I was convicted after a criminal trial on June 2, 2005. Judgment and mandate was entered on September 26, 2006 after direct appeal to the Eleventh Circuit Court of Appeals.

Please correct the record. Thank you very much for your kind attention to this matter.

Respectfully submitted,

CINEUS KELLY    # 65911-004
PO BOX 605
EDEN, TEXAS         76837

RECEIVED
APR 2 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT